**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2020

VIA ECF
The Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Damon Bignon, 18 CR 783 (JMF)

Dear Judge Furman:

With the consent of the government and the Probation Department, I write to seek an adjournment of the conference scheduled for tomorrow on the above-referenced Supervised Release matter. The appearance was scheduled for tomorrow because Mr. Bignon has been directed to report to Probation tomorrow. Until he reports, he has no notice of the appearance. Mr. Bignon is homeless and does not have access to a phone or computer. When Mr. Bignon needs to make a remote court appearance, the Federal Defenders will make a device available for him at our offices. Because of the inclement weather, there are concerns that Mr. Bignon will not be able to report to Probation or get to my office tomorrow. If the appearance is adjourned, the parties are available February 9, 2021 and 11 a.m.

Thank you.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Sarah Krissoff
      USPO Hildrey Huffman

Application GRANTED.  The proceeding is adjourned to February 9, 2021, at 11 a.m.  Counsel and the Defendant should join the conference by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.  Members of the public and press may access the conference using the same call-in information, but will be placed in listen-only mode. Recording of the conference is prohibited by law. The Clerk of Court is directed to terminate Doc. #63. SO ORDERED.

February 1, 2021