**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2021

VIA ECF
The Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Damon Bignon, 18 CR 783 (JMF)

Dear Judge Furman:

With the consent of the government and the Probation Department, I write to seek an adjournment of the conference scheduled for March 23, 2021 in the above-referenced Supervised Release matter. Since his arrest and release the same day, Mr. Bignon has secured a consistent bed at a shelter (at which he also has a job), has enrolled in and begun participating in a group therapy program, and now has a cellphone, which makes communication with my office and the Probation Department much easier. The parties ask for an adjournment of about 30 days with the hope that at the next appearance we will have reached a proposed resolution to the pending violations.

Thank you.

Respectfully submitted,

/s/

Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Sarah Krissoff
      USPO Hildrey Huffman

Application GRANTED. The conference is hereby ADJOURNED to May 3, 2021, at 2:00 p.m. The Clerk of Court is directed to terminate Doc. #68. SO ORDERED.

March 10, 2021