UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Damon Bignon,

          Supervisee.

18-CR-783 (JMF)

ORDER

Jesse M. Furman, U.S. District Judge:

    For the reasons stated on the record during a violation of supervised release conference held on August 4, 2021, the Court hereby imposes the following as a condition of release pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure:

    The supervisee will participate in and complete inpatient/residential substance use treatment at the Russell E. Blaisdell Addiction Treatment Center, or another inpatient/residential substance use treatment program approved by the United States Probation Office, for an initial period of **thirty (30) days.  The Court will consider extending the treatment term based on ongoing treatment needs.**

    The program may include testing to determine whether the supervisee has reverted to using drugs or alcohol.  The supervisee shall continue to take any prescribed medications unless otherwise instructed by the health care/treatment provider.  The supervisee shall contribute to the cost of services rendered based on the supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED.

Dated: August 9, 2021
      New York, New York

                                            Honorable Jesse M. Furman
                                            U.S. District Judge